NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

HTC CORPORATION AND HTC AMERICA, INC.,
*Plaintiffs-Appellees,*

v.

**IPCOM GMBH & CO., KG,**
*Defendant-Appellant.*

2012-1659

Appeal from the United States District Court for the District of Columbia in No. 08-CV-1897, Judge Rosemary M. Collyer.

## JUDGMENT

MICHAEL A. OBLON, Perkins Coie, LLP, of Washington, DC, argued for plaintiffs-appellees. With him on the brief were JONATHAN M. JAMES, DAN L. BAGATELL, and TYLER R. BOWEN, of Phoenix, Arizona.

MITCHELL G. STOCKWELL, Kilpatrick Townsend & Stockton, LLP, of Atlanta, Georgia, argued for defendant-appellant. With him on the brief were GEOFFREY K. GAVIN and DAVID A. REED. Of counsel was K. JAMES SANGSTON.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, O'MALLEY, and CHEN, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

January 6, 2014                    /s/  Daniel  E.  O'Toole
      Date                              Daniel E. O'Toole
                                        Clerk of Court